**Motion Denied; Order filed July 19, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00076-CR
_____

## MICHAEL TREJO, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 22nd District Court
Hays County, Texas
Trial Court Cause No. CR-14-0769**

## ORDER

Appellant is represented by appointed counsel, Tate N. Saunders. Appellant's brief was originally due March 9, 2018. We have granted a total of 90 days' extension to file appellant's brief until June 29, 2018. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On June 28, 2018, counsel filed a further request

for extension of time to file appellant's brief. Counsel requested an additional seven days to file appellant's brief, but did not file a brief after expiration of seven days.

We deny the request for extension and issue the following order.

We order Tate N. Saunders to file a brief with the clerk of this court on or before July 31, 2018. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.